**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

VIDEO PROFESSOR, INC., a Colorado corporation,

Plaintiff,

v.

HARRY ("SKIP") E. MCGRATH, an individual,

Defendant.

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff Video Professor, Inc. pursuant to D.C.Colo.LCivR 7.4 states that no publicly held entity owns ten percent or more of Plaintiff's stock.

Respectfully submitted this 13th day of July, 2007.

*s/ Gregory C. Smith*
Gregory C. Smith
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone: (303) 830-2400
Facsimile: (303) 830-1033

ATTORNEYS FOR PLAINTIFF

Dockets.Justia.com