IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1485-JLK**

**VIDEO PROFESSOR, INC., a Colorado corporation**,

    Plaintiff,

v.

**HARRY (SKIP) E. McGRATH,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation for Dismissal With Prejudice (doc. #7), filed August 16, 2007, it is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated this 21st day of August, 2007.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT